IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY,<br><br>    Plaintiff,<br>v.<br><br>CHRISTY WEBBER COMMERCIAL COMMERCIAL LANDSCAPES, INC., and CHRISTY WEBBER, individually,<br><br>    Defendants. | Case No.: 07 C 6808<br><br>Judge Castillo<br>Magistrate Judge Keys |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, on its own behalf and on behalf of the Trustees of the District Council Labor-Management Cooperation Committee, the Laborers-Employers Cooperation Education Trust, and the Concrete Contractors Association, by and through its attorneys, Dowd, Bloch & Bennett, pursuant to Fed.R.Civ.P.41(a)(1)(i), hereby voluntary dismisses the Complaint in the above-captioned cause without prejudice. No Defendant has entered an appearance or filed a responsive pleading.

    Respectfully Submitted,

    /s/ LaKisha M. Kinsey-Sallis
    LaKisha M. Kinsey-Sallis
    One of the Plaintiff's attorneys

J. Peter Dowd
Michele M. Reynolds
Justin Lannoye
LaKisha M. Kinsey-Sallis
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361