## **CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the attached Notice of Voluntary Dismissal via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on January 3, 2008 before 5:00 p.m., with proper postage prepaid at the addresses indicated.

TO:    Christy Webber Commercial Landscapes, Inc.         Christy Webber
        c/o Stuart J. Kohn, Registered Agent                    2900 W. Ferdinand Street
        120 N. LaSalle Street, 38th Floor                              Chicago, IL 60612
        Chicago, IL 60602

/s/ LaKisha M. Kinsey-Sallis
LaKisha M. Kinsey-Sallis
One of Plaintiff's Attorneys