IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, </br></br>　　　　Plaintiff,</br>　　v.</br></br>CHRISTY WEBBER COMMERCIAL LANDSCAPES, INC., and CHRISTY WEBBER, individually,</br></br>　　　　Defendants. | Case No.: 07 C 6808</br></br>Judge Castillo</br>Magistrate Judge Keys |

## NOTICE OF FILING

TO:　Christy Webber Commercial Landscapes, Inc.　　Christy Webber
　　　c/o Stuart J. Kohn, Registered Agent　　　　　　2900 W. Ferdinand Street
　　　120 N. LaSalle Street, 38th Floor　　　　　　　　Chicago, IL 60612
　　　Chicago, IL 60602

　　PLEASE TAKE NOTICE that on **January 3, 2008**, I caused to be filed electronically the attached Notice of Voluntary Dismissal at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and served upon you.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ LaKisha M. Kinsey-Sallis
　　　　　　　　　　　　　　　　　　　　　　LaKisha M. Kinsey-Sallis
　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

J. Peter Dowd
Michele M. Reynolds
Justin J. Lannoye
LaKisha M. Kinsey-Sallis
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603
(312) 372-1361