Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6808 | **DATE** | 1/4/2008 |
| **CASE TITLE** | Construction and General Laborers' District Council of Chicago and Vicinity vs. Christy Webber Commercial Commercial Landscapes, Inc., et al. | | |

**DOCKET ENTRY TEXT**

This lawsuit is hereby dismissed without prejudice pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff on 1/3/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|